OLIVER KEYS v. THE STATE.

No. 21592. Delivered May 7, 1941.

The opinion states the case.

*Harvey P. Shead,* of Longview, for appellant.

*Spurgeon E. Bell,* State's Attorney, of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for forgery.

Our attention is called to the fact that no notice of appeal is carried into the court minutes as required by Article, 827 C. C. P. A docket entry of such notice is shown but that does not meet the requirements of the statute that such notice be entered of record. See Haynie v. State, 92 Texas Criminal Rep. 45, 241 S. W. 478.

This court being without jurisdiction, the appeal is dismissed.